## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



Jul 12, 2018

United States District Court

Middle District of Florida


RE:   MDL No.          2832 - In Re: Liquid Toppings Dispensing System ('447) Patent Litigation

Our Case No.    1:18-md-02832-KMM

Your Case No.   3 18-00646 Kona Ice, Inc. v. Hocking et al

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida.  This case will be directly assigned to the Honorable  K. Michael Moore              .

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF.  We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** 1              ) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.


STEVEN M. LARIMORE
Clerk of Court


By:  s/  Maria Cruz
         MDL Clerk

Encl.

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: LIQUID TOPPINGS DISPENSING
SYSTEM ('447) PATENT LITIGATION**                    MDL No. 2832

### (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On April 5, 2018, the Panel transferred 10 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 291 F.Supp.3d 1378 (J.P.M.L. 2018). Since that time, no additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable K. Michael Moore.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Moore.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 5, 2018, and, with the consent of that court, assigned to the Honorable K. Michael Moore.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

> Inasmuch as no objection is
> pending at this time, the
> stay is lifted.
>
> Jul 11, 2018
>
> CLERK'S OFFICE
> UNITED STATES
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: LIQUID TOPPINGS DISPENSING
SYSTEM ('447) PATENT LITIGATION**                                          MDL No. 2832

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| <ins>**DIST**</ins> | <ins>**DIV.**</ins> | <ins>**C.A.NO.**</ins> | <ins>**CASE CAPTION**</ins> |
|---|---|---|---|
| FLORIDA MIDDLE | | | |
| FLM | 3 | 18−00646 | Kona Ice, Inc. v. Hocking et al |
| OHIO SOUTHERN | | | |
| OHS | 1 | 18−00409 | Kona Ice, Inc. v. O'Connor et al |
| TENNESSEE EASTERN | | | |
| TNE | 1 | 18−00041 | Kona Ice, Inc. v. Hale et al |